570 A.2d 508

**Joseph R. BUSIN and Edrie M. Busin, his wife, Appellants,**

**v.**

**Francis L. WHITING and Eleanor D. Whiting, his wife, Appellees.**

Supreme Court of Pennsylvania.

Argued Sept. 28, 1989.

Decided Sept. 28, 1989.

## ORDER

PER CURIAM:

The order of Superior Court is reversed and the case is remanded to the Court of Common Pleas of Lawrence County for further proceedings. See *Bensalem Township School District v. Commonwealth of Pennsylvania*, 518 Pa. 581, 544 A.2d 1318 (1988).

LARSEN and PAPADAKOS, JJ., dissent.